IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03487-PAB

NELLY LOPEZ,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC d.b.a. LOWE'S HOME IMPROVEMENT, d.b.a. LOWE'S #2432, and d.b.a. N.WESTMINSTER LOWE'S and LOWE'S COMPANIES, INC.

    Defendants.

## MOTION TO DISMISS LOWE'S COMPANIES, INC. WITHOUT PREJUDICE

Plaintiff, Nelly Lopez, by and through her attorney, Heidi Tanner of The Paul Wilkinson Law Firm, LLC submits this Motion to Dismiss Lowe's Companies, Inc. Without Prejudice, stating:

**Certification:** Plaintiff's counsel conferred with all counsel entered herein, who do not object to the dismissal of Defendant Lowe's Companies, Inc.

1. On November 12, 2021, Plaintiff filed her Complaint seeking relief against multiple defendants.

2. Since the time of filing, undersigned counsel has been in communication with the attorney representing Defendant Lowe's Home Centers L.L.C., d.b.a. Lowe's Home Improvement, d.b.a. Lowe's #2432, and d.b.a. N. Westminster Lowe's. Based upon additional information gleaned through these communications, Plaintiff has agreed to dismiss Lowe's Companies, Inc. without prejudice.

3. Plaintiff may dismiss an adverse party by filing a notice of dismissal at "any time before filing or service by the adverse party of an answer or motion for summary judgment." C.R.C.P. 41.

4. The dismissed party has not filed an answer or motion for summary judgment.

5. After a responsive pleading is filed, "A party may amend his pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires." C.R.C.P. 15(a).

6. Plaintiff's claim against Lowe's Home Centers L.L.C., d.b.a. Lowe's Home Improvement, d.b.a. Lowe's #2432, and d.b.a. N. Westminster Lowe's remains unresolved herein.

Wherefore, Plaintiff requests that Lowe's Companies, Inc. be dismissed *without* prejudice from this action.

Dated this 5th day of January, 2022.

*/s/ Heidi A. Tanner*
Heidi A. Tanner, Esq.,
**The Paul Wilkinson Law Firm, LLC**
999 Jasmine Street
Denver, Colorado 80220
Telephone: 303-333-7285
FAX: 303-756-1878
E-mail: heidi@pwlfllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Allison F. Burke, Esq.
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
*Attorney for Defendant* Lowe's Home Centers L.L.C., d.b.a. Lowe's Home Improvement, d.b.a. Lowe's #2432, and d.b.a. N. Westminster Lowe's

*/s/ Terri Bingaman*
Terri Bingaman, Paralegal